# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILENA BRETTELLE,<br><br>                       Plaintiff,<br>  vs.<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, et al.,<br><br>                      Defendant. | CASE NO.  09cv534-JM (WMc)<br><br>ORDER |

    After conferring with District Judge Miller, the Court issues the following Order:

1. The Court's order of November 5, 2009 (Doc. No. 20) is vacated.

2. As stipulated between the parties (Doc. No. 22):

    a. the standard of review of *de nov;*

    b. No further discovery will be requested. All previously served discovery is withdrawn;

    c. No party seeks to supplement the Administrative Record.

3. Cross-motions for Judgment (F.R.C.P. 52) shall be filed not later than **January 29, 2010**.

4. Oppositions shall be filed not later than **February 12, 2010**.

5. No Replies shall be filed..

///

///

1       6. Cross-motions for Summary Judgment shall be heard before Judge Miller on **February 26, 2010, at 1:30 p.m.**

3       IT IS SO ORDERED.

4 DATED: January 20, 2010

*(signature)*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court