AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SILENA BRETTELLE,

        V.

LIFE INSURANCE COMPANY OF
NORTH AMERICA; SCIENCE
APPLICATIONS INTERNATIONAL
EMPLOYEE WELFARE BENEFIT PLAN,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv534-JM(WMc)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff Brettelle and against Defendant Life Insurance Company of North America..................................................................................................................................
..................................................................................................................................

| March 8, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON March 8, 2010 |

09cv534-JM(WMC)