UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILENA BRETTELLE,<br>    Plaintiff,<br> v.<br>LIFE INSURANCE COMPANY OF NORTH AMERICA; SCIENCE APPLICATIONS INTERNATIONAL EMPLOYEE WELFARE BENEFIT PLAN,<br>    Defendants. | Case No.: 09 CV 0534 JM WMc<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF SATISFACTION OF JUDGMENT** |

The Parties' Joint Motion for Entry of Satisfaction of Judgment came before the Court. Good cause be shown therefore,

The Clerk is ordered to make an entry of the full and complete satisfaction of the judgment on the docket.

Dated: April 16, 2010

*/s/ Jeffrey T. Miller*
JEFFREY T. MILLER
Judge, United States District Court

1
**ORDER GRANTING JOINT MOTION FOR ENTRY OF SATISFACTION OF JUDGMENT**
**09CV0534 JM MWc**

Error! No property name supplied.